**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE NOTHERN DISTRCT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Shiny Investments, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-498 |
| | ) | |
| Prosperity Property Group, LLC, Pinnacle Asset Management, LLC, Affordable Homes for Rent I LLC, Tinley Pointe Centre II, LLC, Gregory E. Perkins a/k/a, G. Estevien Perkins, Michael L. Butler, and Georgina F. Menyah, | ) ) ) ) ) ) | Judge Elaine E. Bucklo |
| Defendants. | ) | |

## AMENDED NOTICE OF MOTION

Please take notice that on April 26, 2019 at 9:30 a.m., I will appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom occupied by her, Room 2246, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present this Motion for Default Order and Judgment Against All Defendants.

Respectfully submitted,

JEROME R. WEITZEL

By: /s/ Jerome R. Weitzel

Paul J. Kozacky
Jerome R. Weitzel
Larry J. Lipka
KOZACKY WEITZEL MCGRATH, P.C.
55 W. Monroe St., Ste. 2400
Chicago, Illinois 60603
(312) 696-0900